**James Anthony MAY, Plaintiff—Appellant,**

v.

**Melvin A. HORTON; Boyd Bennett; Hattie B. Pimpong; Captain Brown; S. Banks; Sgt. Korwin; Carl E. Battle; Robert C. Lewis, Dir. Div. of Prisons; Roy Cooper, Attorney General, Defendants—Appellees.**

No. 10–7080.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

James Anthony May, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, Raleigh, North Carolina, for Appellees.

Before SHEDD and AGEE, Circuit Judges, Circuit Judge. and HAMILTON, Senior

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *May v. Horton,* No. 5:09–ct–03081–BO, 2010 WL 2990198 (E.D.N.C. July 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*